UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

**UNITED STATES OF AMERICA**

-vs-                                                                                         Case No. 08-01-0

**RONNIE HAMPTON**

_____

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
## PURSUANT TO RULE 40, FED.R.CRIM.P.

**RONNIE HAMPTON**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Violation of Conditions of Pretrial Release from MD/TN - Nashville was held on January 4, 2008.

Based on the defendant's waiver of identity hearing, I find that **RONNIE HAMPTON** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **RONNIE HAMPTON** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this ___7th_____ day of January, 2008.

                                                         _____s/Diane K. Vescovo_____
                                                               DIANE K. VESCOVO
                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office